THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
Ex Parte: Karen Clark,       
Appellant,
 
 
 

v.

 
 
 
The State,
In Re:  In the Interest of Lauren C.F.       
Respondent.    
 
 
 

Appeal From Richland County
H. Bruce Williams, Circuit Court Judge
Leslie K. Riddle, Circuit Court Judge

Unpublished Opinion No. 2004-UP-031
Submitted October 15, 2003 – Filed January 
 16, 2004

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Tara S. Taggart, Office of Appellate 
 Defense, of Columbia, for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney 
 General John W. McIntosh, Assistant Deputy Attorney General Charles H. Richardson, 
 all of Columbia;  and Solicitor Warren Blair Giese, of Columbia, for Respondent.
 
 
 

PER CURIAM: The family court held Karen 
 Clark in contempt of an order compelling her to ensure her daughter’s school 
 attendance.  It sentenced her to three consecutive weekends at the Richland 
 County Detention Center.  Clark’s counsel attached to the final brief a petition 
 to be relieved as counsel stating she had reviewed the record and concluded 
 the appeal lacked merit.  Clark filed a pro se response. We dismiss pursuant 
 to Anders v. California, 386 U.S. 738 (1967) and State v. Williams, 
 305 S.C. 116, 406 S.E.2d 357 (1991).  Counsel’s petition to be relieved is granted.
 APPEAL DISMISSED
HUFF, STILWELL, and BEATTY, JJ., concur.